### John D. COOPER, Plaintiff/Appellant,

v.

### Don DARR & Don Darr Pontiac, Inc., Defendants/Appellants,

and

### Diestelkamp Construction Co., Defendant/Respondent.

No. 66920.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 2, 1995.

Thomas J. Casey, Jonathan E. Fortman, Casey & Meyerkord, St. Louis, for appellant.

Patricia A. Manhart, St. Louis, for respondent.

Before AHRENS, P.J., and GRIMM and KAROHL, JJ.

### ORDER

PER CURIAM.

Plaintiff, John Cooper, appeals after summary judgment in favor of defendant, Diestelkamp Construction Co., on his personal injury claim.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).